COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Gabriel Arevalo M.D., Han Pham Hulen M.D. P.A. d/b/a Wound
Integrity ad Holli Dezaun Waller, D.O. and Harold David Wills, D.O.
v. Ana Mendoza

Appellate case number:   01-22-00003-CV

Trial court case number:  2021-27439

Trial court:           234th District Court of Harris County

On March 31, 2022, and subsequently on April 13, 2022, Appellee Ana Mendoza filed a motion for extension of time seeking an additional thirty days or through May 11, 2022, to file her brief. Appellee's motions are **granted**.

Appellee's brief is due **May 11, 2022.**

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                       Acting individually

Date:  April 19, 2022